PAUKERT & TROPPMANN, PLLC                         Honorable Lonny R. Suko
BREEAN BEGGS, WSBA 20795
522 W. Riverside Ave., Ste. 560
Spokane, WA 99201
(509) 232-7760
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAVORN DILLON, | Case No.: CV-12-571-LRS |
| Plaintiff, | |
| vs. | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT BRIAN DILLON WITH PREJUDICE |
| UNITED STATES and BRIAN DILLON, individually, | |
| Defendants. | February 4, 2013<br>Without oral argument |

THIS MATTER having come on for hearing without oral argument on Monday, February 4, 2013 at 6:30 p.m., before the Honorable Judge Lonny R. Suko, and the Court having reviewed the records and pleadings on file herein and being otherwise fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

ORDER GRANTING MOTION TO DISMISS
PLAINTIFF'S CLAIMS AGAINST DEFENDANT
BRIAN DILLON - 1

PAUKERT & TROPPMANN, PLLC
522 W. Riverside Ave., Suite 560
Spokane, WA 99201
(509) 232-7760

That the Motion to Dismiss Plaintiff's Claims Against Defendant Brian Dillon With Prejudice, ECF No. 8, is hereby GRANTED. Plaintiff's claims against Brian Dillon are hereby DISMISSED with prejudice.

The claims of Plaintiff against The United States will go forward, along with any cross claim the United States has against Mr. Dillon.

IT IS SO ORDERED. The District Court Executive is directed to file this order and provide copies to counsel.

DATED this 5th day of February, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

ORDER GRANTING MOTION TO DISMISS
PLAINTIFF'S CLAIMS AGAINST DEFENDANT
BRIAN DILLON - 2

PAUKERT & TROPPMANN, PLLC
522 W. Riverside Ave., Suite 560
Spokane, WA 99201
(509) 232-7760